954 So.2d 147 (2007)
Kaylem MATHERNE, Jimmy McGuire and William Hughes
v.
KELLOGG BROWN & ROOT, INC., et al.
No. 2007-CC-0354.
Supreme Court of Louisiana.
April 5, 2007.
In re Matherne, Kaylem et al.; McGuire, Jimmy; Hughes, William;  *148 Plaintiff(s); Applying for Supervisory and/or Remedial Writs, Parish of St. Charles, 29th Judicial District Court Div. E, No. 61,713; to the Court of Appeal, Fifth Circuit, No. 07-C-30.
Denied.
KNOLL, J., would grant.